COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of A.F. aka A.N.F. v. Department of Family and
                          Protective Services

Appellate case number:    01-20-00722-CV

Trial court case number:  2018-05250J

Trial court:              313th District Court of Harris County

This case is a priority, accelerated appeal of a decree terminating the appellant's parental rights to his child, A.F. *See* TEX. R. JUD. ADMIN. 6.2(a), reprinted in TEX. GOV'T CODE, tit. 2, subtit. F—Appendix (appeal from suit terminating the parent-child relationship filed by governmental agency must be disposed by court of appeals within 180 days of the filing of notice of appeal). The notice of appeal was prematurely filed in this case on October 15, 2020, before the trial court signed the final judgment on December 4, 2020. Under Rule 6.2(a), the deadline for this Court's disposition of this appeal is June 2, 2021.

Appellant is indigent, and he is represented by appointed counsel, Angela Ellis. *See* TEX. FAM. CODE § 107.013(a)(1) (statutory right of indigent parent to appointed counsel in suit filed by governmental entity seeking termination of the parent-child relationship); *id.* § 107.016(2) (indigent parent's right to counsel continues through exhaustion of appeals).

On March 16, 2021, we abated this appeal and ordered the trial court to hold a hearing regarding Ms. Ellis's ability to continue with this representation. On March 25, 2021, Ms. Ellis filed a brief on behalf of the appellant. The same day, the trial court held the hearing and determined that the issues were moot because the brief had been filed.

The appellant's brief includes an unredacted appendix, which fails to protect the minor's identity as required by Texas Rule of Appellate Procedure 9.8. The brief also appears to raise an issue about the sufficiency of the evidence to support an implied trial court finding regarding the best interest of the child. *See* App. Br. 24. But that portion of the brief does not comply with appellate briefing rules. *E.g.*, TEX. R. APP. P. 38.1(i).

We lift the abatement, and we **order** that this appeal be reinstated on our court's active docket. We **order** the parties to file briefs in accordance with this schedule:

1.  The appellant is **ordered** to file an amended brief **by April 12, 2021**.

2.  The appellee is **ordered** to file a response brief **by May 3, 2021**.

3. The appellant may file a response brief **no later than May 10, 2021**.

*See* TEX. R. APP. P. 38.6 (Time to File Briefs); *id.* 38.6(d) ("The court may also, in the interests of justice, shorten the time for filing briefs and for submission of the case.").

It is so ORDERED.

Judge's signature: ___/s/ Peter Kelly_____
☑ Acting individually    ☐ Acting for the Court

Date: ___April 6, 2021_____